

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

June 30, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 9:30:30 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE KATHERINE CABANISS
248TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: JULIAN THOMAS VALDEZ

Cause No: 1373128

Court: 248TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6/25/15
**Sentence Imposed Date:** 6/25/15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record: TO BE DETERMINED**

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

LOUISE STECKLER (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. _1373128_

THE STATE OF TEXAS
V.
_Julian Valdez_ , A/K/A/ _____

_248_ District Court / County Criminal Court at Law No. _____

Harris County, Texas

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On __6-25-15__ (date), the defendant in the above-numbered and styled cause gives NOTICE OF APPEAL of his conviction.

FILED
Chris Daniel
District Clerk
JUN 23 2015
Time: _____ Harris County, Texas
By _____ Deputy

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

__6·25·15__
Date

__Julian Valdez__
Defendant (Printed name)

_Kurt Wentz_
Attorney (Signature)

_Kurt Wentz_
Attorney (Printed name)

__21179300__
State Bar Number

__5629 FM 1960__
Address

__281·587·0088__
Telephone Number

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
Defendant (Signature)

__Julian Valdez__
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON JUN 25 2015

By Deputy District Clerk of Harris County _____

# ORDER

On _____JUN 2 5 2015_____ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☐ employing counsel and/or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☑ Defendant's / appellant's motion is GRANTED and

    ☐ Attorney _____
        Bar Card Number_____ SPN Number _____
        is APPOINTED to represent defendant / appellant on appeal.

    ☐ Harris County Public Defender's Office (HCPD) is APPOINTED to represent
        defendant/appellant on appeal.
        Assistant Public Defender Assigned by HCPD _____
        Bar Card Number_____ SPN Number _____

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to
        defendant / appellant.

BAIL IS:

☐ SET at $_____.

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: _____JUN. 2 5 2015_____

JUDGE PRESIDING, ____
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO _____,
HARRIS COUNTY, TEXAS

 

Cause No. _1373128_

THE STATE OF TEXAS

v.

_Julio Valdez_ , Defendant

IN THE _248_ DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- ☒ is a plea-bargain case, and the defendant has NO right of appeal. [or]
- ☐ the defendant has waived the right of appeal.

_____ Judge

_6-25-15_
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____ Defendant

_____ Defendant's Counsel

Mailing Address: _N A_

Telephone number: _NA_

Fax number (if any): _NA_

FILED
Chris Daniel
District Clerk
JUN 23 2015
Time: _____
Harris County, Texas
By: _____

State Bar of Texas ID number: _21179300_

Mailing Address: _15629 fm 1960_

Telephone number: _281 587 0088_

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# APPEAL CARD

14th

8-24-15

Court 248th

Cause No. 1313128

## The State of Texas
### Vs
Valdez, Julian Thomas

Date Notice
Of Appeal: 6.25.15    6-25-15

Presentation:          Vol.____ Pg.____

Judgment:             Vol.____ Pg.____

Judge Presiding Cabaniss, Katherine
Court Reporter Steckler, Louis
Court Reporter_____
Court Reporter_____

Attorney
on Trail Kurt Wentz

Attorney
on Appeal_____

          Appointed_____ Hired_____

Offense Capital Murder

Jury Trail:        Yes ✓  No____

Punishment
Assessed Life w/o Parole

Companion Cases
(If Known) 1373244 - Allegria

Amount of
Appeal Bond ⊘

Appellant
Confined:        Yes ✗  No____

Date Submitted
To Appeal Section 6-29-15

Deputy Clerk

22/997